IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF NORTH CAROLINA
STATESVILLE DIVISION
CIVIL ACTION NO. 5:20-CV-00087-KDB-DCK

| | |
|---|---|
| MALIQ ANTHONY MARSHALL-HARDY,<br><br>Plaintiffs,<br><br>v.<br><br>SHAWN SAVAGE,<br><br>Defendant. | **ORDER** |

**THIS MATTER** is before the Court in furtherance of its Order dated August 28, 2020, (Doc. No. 3), in which the Court allowed Plaintiff thirty (30) days to amend the Complaint in this action in accordance with the terms of that Order. The Order further states that "[i]f Plaintiff fails to amend the complaint in accordance with this Order and within the time limit set by the Court, this action will be dismissed without prejudice and without further notice to Plaintiff." *Id*. at 6. Plaintiff has failed to timely amend the Complaint. Accordingly, this action will be dismissed without prejudice.

1

## ORDER

**NOW THEREFORE IT IS ORDERED THAT:**

1. Plaintiff's Complaint is **DISMISSED without prejudice; and**

2. The Clerk is directed to close this matter in accordance with this Order.

**SO ORDERED ADJUDGED AND DECREED**.

Signed: December 14, 2020

Kenneth D. Bell
United States District Judge