# United States District Court
# Western District of North Carolina
# Statesville Division

| | | |
|---|---|---|
| Maliq Anthony Marshall-Hardy, | ) | JUDGMENT IN CASE |
| | ) | |
| Plaintiff, | ) | 5:20-cv-00087-KDB-DCK |
| | ) | |
| vs. | ) | |
| | ) | |
| Iredell County et al, | ) | |
| | ) | |
| Defendant(s), | ) | |

DECISION BY COURT. This action having come before the Court and a decision having been rendered;

IT IS ORDERED AND ADJUDGED that Judgment is hereby entered in accordance with the Court's December 14, 2020 Order.

December 14, 2020

_Frank G. Johns_
Frank G. Johns, Clerk
United States District Court